NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BANK OF CALIFORNIA, | Case No. CV 12-05171 JGB (MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims for damages or fees with respect to the Porter Matter are dismissed pursuant to Defendant's Fifth Affirmative Defense; and that Defendant is not obligated to indemnify Plaintiff for any pre-tender fees. The Court orders that such judgment be entered.

Dated: April 3, 2013

JESUS G. BERNAL
United States District Judge